LOUIS KORN, Respondent, *v.* JOSEPH H. FREEDLANDER, Appellant.

*Korn* v. *Freedlander*, 156 App. Div. 901, affirmed.
(Argued April 26, 1915; decided May 11, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 24, 1913, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict in an action to recover half of the alleged compensation received by the defendant for services rendered by the latter as architect in connection with the preparation of plans and designs for the construction of the bank building of the Importers and Traders' National Bank in the city of New York. The complaint alleged in substance that the plaintiff and defendant were architects, and that in and about March, 1895, they entered into an agreement, by the terms of which it was agreed that preliminary sketches should be prepared for the proposed bank building; that the plaintiff and defendant should bear equally the expenses of the proposed sketches, and that in the event the contract for the construction of the building should be awarded to either, the commissions earned under the contract should be shared between them; that the preliminary sketches were completed at their joint expense and were submitted to the president of the bank, and that thereafter the defendant was duly designated as architect for the preparation of plans for the construction of the building, which was in due time erected;

and upon information and belief that the defendant received compensation and commissions for his services.

*Harold Nathan* for appellant.

*Max D. Steuer* for respondent.

Judgment affirmed, with costs; no opinion. ·
Concur: HISCOCK, COLLIN, CUDDEBACK, HOGAN, CARDOZO and SEABURY, JJ. Absent: WILLARD BARTLETT, Ch. J.